IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TANDUS ALEXANDER AND DUSTIN ALEXANDER, § § § | |
| Plaintiffs, § § | Case No. 5:15-cv-00837-RP |
| v. § § | |
| NAVIENT SOLUTIONS, INC., § § | |
| Defendant. § | |

### ORDER CONFIRMING AGREED ARBITRATION AWARD
### AND ENTERING JUDGMENT

THIS MATTER, having been brought before the Court by Navient Solutions, LLC ("NSL"), and the Court having considered the Motion to Confirm Agreed Arbitration Award issued by the duly appointed arbitrator with the American Arbitration Association and all pleadings submitted thereto, and for good cause shown:

IT IS ON THIS 34th DAY OF June 2017, HEREBY ORDERED, AND ADJUDGED that the Motion to Confirm Agreed Arbitration Award is hereby GRANTED.  It is further

ORDERED that Judgment shall be and hereby entered in favor of NSL in the amount of $52,982.74 plus interest at the rate authorized by law.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE